395 A.2d 992

New Look Janitorial Maintenance Company, Appellant, v. Borel Restaurant Corporation.

450

Argued September 14, 1978.
Phillip H. Baer, for appellant; Stanton A. Berkowitz, for appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.